Opinion issued January 13, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01132-CR

———————————

IN RE Julian Mata, Jr., Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

          Relator,
Julian Mata, Jr., has filed a pro se petition for writ of mandamus, seeking
reversal of the judgment of conviction in the underlying proceeding and
rendition of a judgment of acquittal.    

We deny the petition for
writ of mandamus.

 

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]
          According to relator’s petition,
he pleaded guilty to the offense of capital murder in case number 718835 in the
185th District Court of Harris County, Texas. 
Relator names as respondent the Honorable H. Lon Harper, former judge of
the 185th District Court.  We take
judicial notice that the Honorable Susan Brown is now judge of that court.